UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In Re:                                              Case No: 18-80085-CRJ13
Eric A. Kelley
SSN: XXX-XX-3388                                    Chapter: 13
Jessica L. Kelley
SSN: XXX-XX-9796

**DEBTOR(S)**

## MOTION TO APPROVE MODIFICATION OF MORTGAGE

COMES NOW the Debtors, Eric A. Kelley and Jessica L. Kelley, by and through their attorney, Stephen G. Campbell, and respectfully request that this Honorable Court enter an Order approving a modification of an existing mortgage between Home Point Financial Corporation and the Debtors. As grounds, therefore, the Debtors submit the following:

1. The Debtors filed a Chapter 13 Bankruptcy Petition on January 1, 2018.

2. The Debtors request permission to incur additional non-plan credit in the amount of approximately $166,938.11 to be paid outside the Chapter 13 plan.

3. The Debtors would show unto this Court that this is a modification of a existing loan account and not an attempt by the Debtors to incur new debt. The modification alters some terms, conditions, and/or provisions of the original loan in a manner more favorable to the Debtors in their effort to repay the amount due and owing.

4. The Debtors will not receive cash proceeds from this transaction.

5. The Debtors have submitted a copy of the modification paperwork to the Trustee for review.

6. The modification terms include a new principal balance of $166,938.11, with a term of 360 months, with an interest rate of 5.250%, with a new monthly payment of $1,070.89, which includes a monthly principal and interest payment of $921.84 and a monthly escrow payment of $149.05. The modified principal balance of the note will include all amounts and arrearages that will be past due as of the Modification Effective Date. $5,556.27 of the New Principal Balance shall be deferred, and the amount of interest to be included in the modification shall be $5,139.41, with $416.86 to be capitalized as the Escrow Advance. Payments shall begin on June 1, 2019.

WHEREFORE, the Debtors pray that they be allowed to obtain additional non-plan credit in the amount of $166,938.11 for the purpose of a home mortgage modification.

Respectfully submitted,

/s/Stephen G. Campbell
Stephen G. Campbell
Attorney for Debtors

### Certificate of Service

I, Stephen G. Campbell certify that I have this date served a copy of the foregoing instrument upon all creditors listed on the Creditor Matrix and Michele T. Hatcher, Trustee, by placing a copy of same in the U.S. Mail, adequate postage affixed, and addressed to their respective mailing addresses as reflected in the clerk's file, or by electronic transmission, on this the __26th__ day of June 2019.

**Home Point Financial Corporation**
**Cenlar FSB**
**425 Phillips Blvd**
**Ewing, NJ 08618**

**Attorney for Home Point Financial Corporation**
**McCalla, Raymer, Leibert, Pierce, LLC**
**C/O Amber Tiggs**
**1544 Old Alabama Road**
**Rosewell, GA 30076**

/s/ Stephen G. Campbell
STEPHEN G. CAMPBELL
Attorney for Debtors
P.O. Box 708
Athens, AL 35612
(256) 232-7354

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-8<br>Case 18-80085-CRJ13<br>NORTHERN DISTRICT OF ALABAMA<br>Decatur<br>Wed Jun 26 15:45:33 CDT 2019 | PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | Quantum3 Group LLC as agent for<br>GCF-B LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| U. S. Bankruptcy Court<br>400 Well Street<br>P. O. Box 2775<br>Decatur, AL 35602-2775 | 1st Franklin Financial Corporation<br>PO Box 880 Attn: Administrative Services<br>Toccoa, GA 30577-0880 | Alice Martin, US Attorney<br>Attn: Robert O. Posey<br>1801 Forth Ave No<br>Birmingham, Al 35216-3174 |
| Athens Family Medicine<br>1005 W. Market Street, Suite 7<br>Athens, AL 35611-2454 | Automated Collection Services, Inc<br>P.O. Box 17737<br>Nashville, TN 37217-0737 | Business Revenue System, Inc.<br>P.O. Box 579<br>Burlington, IA 52601-0579 |
| Capital One<br>Attn: General Correspondence/Bankruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Collom and Carney Clinic<br>5002 Cowhorn Creek Road<br>Texarkana, TX 75503-9766 | Diagnostic Health MRI of Gadsden<br>P.O. Box 630945<br>Cincinnati, OH 45263-0945 |
| Directv, LLC<br>by American InfoSource LP as agent<br>PO Box 5008<br>Carol Stream, IL 60197-5008 | East Limestone Eye Care<br>27453 Capshaw Road, Suite B<br>Athens, AL 35613-7565 | FAC/NAB<br>480 James Robertson Pkwy<br>Nashville, TN 37219-1212 |
| Franklin Collection Service, Inc<br>P.O. Box 3910<br>Tupelo, MS 38803-3910 | Franklin Collection Services<br>P.O. Box 3910<br>Tupelo, MS 38803-3910 | Genesis Bankcard Services<br>15220 Nw Greenbrier Pkwy Ste 200<br>Beaverton, OR 97006-5762 |
| HAL Medical<br>22932 Hwy 72, Suite B<br>Athens, AL 35613 | HH Health System Athens Limestone<br>P.O. Box 2252<br>Birmingham, AL 35246-0031 | Home Point Financial<br>Nmls#7706 9 Entin Rd St<br>Parsippany, NJ 07054-5000 |
| Home Point Financial Corporation<br>11511 Luna Rd, Ste 300<br>Farmers Branch, TX 75234-6451 | Internal Revenue Service<br>Attn: John Blackwell<br>801 Broadway M/S 146<br>Nashville, TN 37203 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN MI 48090-2011 | Madison Eye Care Center, LLC<br>66 Hughes Road<br>Madison, AL 35758-2220 |

| | | |
|---|---|---|
| Midland Funding<br>Attn: Bankruptcy<br>P.O. Box 939069<br>San Diego, CA 92193-9069 | Monroe Carell Jr. Children's Hospital<br>At Vanderbilt Hospital Dept 1171<br>P.O. Box 121171<br>Dallas, TX 75312-1171 | Navient<br>Attn: Bankruptcy<br>P.O. Box 9500<br>Wilkes-Barr, PA 18773-9500 |
| Nissan Motor Acceptance<br>P.O. Box 660360<br>Dallas, TX 75266-0360 | Nissan Motor Acceptance<br>POB 660366<br>Dallas, TX 75266-0366 | Nutritional/Parenteral Home Care<br>2650 Leman Ferry Road<br>Huntsville, AL 35801-6532 |
| ONEMAIN<br>PO BOX 3251<br>EVANSVILLE, IN. 47731-3251 | OneMain Financial<br>Attn: Bankruptcy Department<br>601 Nw 2nd St #300<br>Evansville, IN 47708-1013 | OrthoSports Athens, LLC<br>1860 US Hwy 43<br>Winfield, AL 35594-5062 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | RADIOLOGY OF HUNTSVILLE<br>C/O FOX COLLECTION CENTER<br>PO BOX 528<br>GOODLETTSVILLE, TN 37070-0528 |
| Seth Rayburn MD, PC<br>201 N. Malone Street<br>Athens, AL 35611-1509 | Smith, Rouchon & Associates, Inc.<br>1110 Bradshaw Drive<br>Florence, AL 35630-1438 | Spectrum Home Health Agency<br>1310 Pulaski Pike, Suite A<br>Huntsville, AL 35816-2515 |
| Sun Loan Company #22<br>651 Us Highway 72 W<br>Athens, AL 35611-4211 | Synchrony Bank/Care Credit<br>Attn: Bankruptcy<br>P.O. Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Gap<br>Attn: Bankruptcy<br>P.O. Box 965060<br>Orlando, FL 32896-5060 |
| TGSLC DBA TRELLIS COMPANY<br>PO BOX 83100<br>ROUND ROCK, TX 78683-3100 | Texarkana, EP<br>P.O. Box 371863<br>Pittsburgh, PA 15250-7863 | The UAB Valley Foundation<br>301 Governors Drive<br>Huntsville, AL 35801-5123 |
| Transworld Systems<br>9525 Sweet Valley Drive, Building A<br>Cleveland, OH 44125-4237 | US Attorney General<br>Attn: Jeff Sessions, AG<br>US Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0009 | Vanderbilt Medical Group<br>Dept 1208<br>P.O. Box 121208<br>Dallas, TX 75312-1208 |
| Vanderbilt University Medical Center<br>Dept 1171<br>P.O. Box 121171<br>Dallas, TX 75312-1171 | World Acceptance Corp<br>Attn: Bankrupty<br>P.O. Box 6429<br>Greenville, SC 29606-6429 | World Finance Corp. c/o World Acceptance Cor<br>Attn: Bankruptcy Processing Center<br>PO Box 6429<br>Greenville, SC 29606-6429 |
| Eric A Kelley<br>27925 Phillip Wagon Drive<br>Athens, AL 35613-8658 | Insolvency Section Internal Revenue Service<br>801 Broadway<br>MDP 146, Room 285<br>Nashville, TN 37203-3816 | Jessica L Kelley<br>27925 Phillip Wagon Drive<br>Athens, AL 35613-8658 |

| Michele T. Hatcher | Stephen Gale Campbell |
|---|---|
| Chapter 13 Trustee | Stephen G. Campbell, P.C. |
| P.O. Box 2388 | 105 South Marion Street |
| Decatur, AL 35602-2388 | P.O. Box 708 |
| | Athens, AL 35612-0708 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Internal Revenue Service | (d)Internal Revenue Service | Jefferson Capital Systems LLC |
|---|---|---|
| P.O. Box 69 | PO Box 21126 | Po Box 7999 |
| Memphis, TN 38101 | Philadelphia, PA 19114 | Saint Cloud Mn 56302-9617 |

| Portfolio Recovery Associates, LLC | (d)Portfolio Recovery Associates, LLC | (d)US Internal Revenue Service |
|---|---|---|
| PO Box 41067 | POB 41067 | Attn: Mr. Robert West or Mrs. Gail P. Ra |
| Norfolk, VA 23541 | Norfolk VA 23541 | 801 Tom Martin Drive, Rm 257 |
| | | Birmingham, AL 35211 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)Cenlar FSB | (u)Home Point Financial Corporation | (u)Home Point Financial Services |
|---|---|---|

| (d)Midland Funding LLC | (d)Quantum3 Group LLC as agent for | End of Label Matrix |
|---|---|---|
| Po Box 2011 | GCF-B LLC | Mailable recipients    61 |
| Warren MI 48090-2011 | PO Box 788 | Bypassed recipients     5 |
| | Kirkland, WA  98083-0788 | Total                  66 |